UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. 1:22-cr-344 (DLF) |
| ) | |
| IAN HORVATH ) | |
| _____ ) | |

### DEFENDANT'S MEMORANDUM IN AID OF SENTENCING

Ian Horvath, through undersigned counsel, submits this sentencing memorandum to aid the Court at sentencing. Based on the facts and arguments below, Mr Horvath requests the Court sentence him to 12-months of supervised probation with community service; probation to convert to unsupervised upon completion of community service. We submit that this sentence would most accurately address the concerns of the sentencing statute, 18 U.S.C. §3553.

As is our practice, we are not going to belabor the Court with a recitation of the information contained in the Presentence Report. Rather we will contain our remarks to factors we feel pertinent and relevant to the Court's sentencing calculus outside of that document, focusing on Mr Horvath's actions and memories of the events of 6 January 2021, and perspective on his position over two years later.

**Prologue to 6th January.**

Ian Horvath was not a particularly ardent supporter of former President Trump; he did not vote for Trump in either 2016 or 2020. He considered himself to be an independent, although one who's sympathies leaned more to the right.

The events of the latter part of that year took a very strange undertone. In the period leading up to the election, perhaps sensing the political winds, the former president claimed were he to lose the election, this could only happen if election fraud were to take place. This meme was

bombarded across right-wing media. A sad indictment of our times is media outlets have become increasingly polarized and seek not to *inform* their respective audiences, rather catering to the already-apparent biases of their target demographic. In response, it is natural for the audience, hearing what they want to hear, to become increasingly fervent having their particular suspicions and fears buttressed. No one likes to lose, and reassuring any crowd that *if we lose its because we were cheated* is an incredibly powerful narcotic, and this message struck a resonant chord with the right-wing faithful. As the first Tuesday in November approached, the message of potential voter-fraud to the devoted increased to frenetic levels: The scene was set for discord. Trump constantly stoked the fires claiming there was an organized effort from his adversaries to "steal" the election. This was nuclearized with the message that the conservative vote as a whole was being neutralized. Again, the message resonated. Moreover. in addition to the media, the circles and friends one encounters also has a strengthening factor to personal beliefs. All this combined, and on the eve of the election the stage was set; the powder was primed.

3rd November arrived. The country watched with bated breath as America went to the polls. Tuesday evening turned into Wednesday; the nation perched on the edge of its seat as the election leaned towards Biden. The right-wing media went into overdrive. It didn't help that recount after recount left us 4 days without a decision, but by Saturday the result was called. The effect of this four-day delay only served to ramp-up the tensions and fears as the faithful watched what appeared to be Trump's prediction coming to pass. In the wake of the result, what followed was an explosion of frenzy with court cases, recounts, protests of cheating screamed from the rooftops. The new meme of "Stop the Steal" took over the airwaves. Ian Horvath watched. As court case after court case collapsed, as recount after recount confirmed the returns, and as state after state refused to nullify its result, the options for the faithful dwindled. 6th January 2021 was the scheduled date for Congress to exercise its two-hundred-year-old constitutional duty in certifying the votes of the

Electoral College, and this date quickly became the new focal point. Trump called for a huge rally for that day, and the MAGA hats responded.

### 6th January, 2022

As the day approached, Ian Horvath considered the situation. He had observed the last eight weeks frenzy and outrage from the outlets. He had discussed the events with his close friends and circle. As mentioned, over the course of this presidency Ian's values had led him at the very least some sympathy with some of the positions professed to by Trump. Given what he was hearing, he felt some disappointment in the manner the election had proceeded. Essentially, he was exposed to a movement that led him to believe something untoward may have occurred in the election. However, he wasn't really sold on the idea that something could be done: Quite the opposite in fact. Mr Horvath remembers thinking that despite reservations as to the validity of the result, it was over and everyone just had to deal with it. He had heard from friends and social media that Trump had called the faithful to rally in DC on January 6th. In the period immediately prior, having had talks with friends and confidents, Ian, along with his close friend Robbie. decided to make the trip to Washington DC for the rally. Trump had called for his followers, and it felt like this was a golden opportunity to observe first-hand potential history in the making. As already discussed, Ian, despite the drumbeat from radicals for conservative members of Congress or the Vice President to deny certification, did not harbor any illusions that the result itself could be changed on certification day. But he'd never been to a Trump rally and he understood this to being the last opportunity to hear the outgoing president speak: nothing more, nothing less. How wrong he was to be.

The party left for DC on the Tuesday the 5th; driving through the night (sleeping in the truck) and arriving in DC next morning. Having parked-up, they made their way to the Ellipse. At the rally, they encountered a much larger crowd than expected such that they could not get onto

the Ellipse itself, but watched events from across Constitution Avenue on the hill surrounding the Washington monument. Despite being a significant distance from the stage and not being able to hear everything being said, they listened to what they could and enjoyed what Ian remembers to be the positive patriotic vibe in the crowd. As the Trump closed and the rally wrapped-up, a rumor spread that Trump intended to speak again at the Capitol. The crowd began the trek towards the Hill. Ian and his friend followed.

As they joined the crowd at the Capitol, Ian took stock of the scene. They were approaching the building on the north-west corner close to the north edge of the structure being constructed for the inauguration. At this point what had been a very peaceful, orderly protest was taking a different turn. He could see sections of the crowd in other locations engaged with the police. It was unclear to him who these people were—there had been rumors of left-wing agents-provocateur on the scene. The crowd around him was becoming more animated. At some point the word went out that they were being let in the building. The crowd, *en masse* moved up the steps to the Upper West Terrace. Ian was swept up with them. Again, here was an opportunity to see history. At the top, the doors were already open and people were streaming in. Ian noted there didn't seem to be any law enforcement present at this locale and not having witnessed how the doors came to be opened, he again allowed himself to be swept in with the crowd through the open door and into the building.

Before moving on, Ian Horvath would like to be clear about this idea of being swept along. He is not, and has never, asserted that he entered the Capitol that day being coerced by anyone, or being forced, or not of his own volition. Quite the opposite. He chose to go with the crowd. But he wishes to show the Court that upon coming to DC he had no idea of affecting the election or going to the Capitol. However, as events transpired and speakers encouraged the descent on the Hill, he went along. As the belief in the crowd became people were being let in, he went along. As people

4

went into the building, he went along. He recognizes and accepts responsibility for these decisions, and deeply regrets them, but crowd mentality had taken over.

Upon entering the building, he started to record on his phone scenes from within. From the Senate Wing Foyer, he found his way to the Crypt. From the Crypt he traveled up to the Rotunda, recording all. He ventured briefly into the hallway on the house-side, before returning to the Rotunda. From there, he made his way back to his point of entry: the Senate Wing Door. At this point he encountered Capitol Police officers trying to block that entry point. As he watched, these officers attempts were unsuccessful and once again rioters streamed in. Ian stood to one side, allowed the surge to wane, and then made his exit. He had entered the Capitol building at 2:18pm. His exit is documented at approximately 2:50. He had been in the building a total of 42 minutes. During this time in the building, footage shows Ian in several locations as discussed, but it is to be noted that all recordings show merely his presence. At no point he is engaged in any destructive, disruptive behavior. He had gone into the building to observe. Well, now he'd observed and it was time to leave.

Once outside it was clear it was time to leave. They made their way back to the truck and left the District. The trip home was surreal. The mood was subdued. Whilst they were unaware of what had transpired at other locations in and around the building, there was the feeling that what had just taken place that was worryingly portentous. As the subsequent days and weeks passed, and as he became exposed to the realities of that day and the true extent of what had occurred, he was appalled. The gravity of what had transpired set in, and the feeling that things would never be the same again was inescapable.

**The Present Day.**

Ian Horvath looks back at the events of 6th January 2021 with regret. He feels regret from several angles. First, he expresses remorse for his actions that day. In coming to DC he had no

PeterCooperLaw

thoughts that this was to be anything other than a Trump rally. In going to the Hill, he had no idea that this was about to turn into the melee the country witnessed. In entering the Capitol he had no intent to engage in any of the behavior that rose to the level he, and we, experienced. The environment he found himself in was charged and he found himself being swept along, to, and into the Capitol building itself. As we have mentioned, that is not to say that he was coerced but rather the speed of events left little time for self-reflection: the self-reflection he now employs. He looks back and understands the gravity of being inside the building; what it meant. It brings home that what took place went way beyond what he expected the day to be like.  He recalls his experience in the building like being in the eye of a hurricane and remembers the moment he felt the need to get out as quickly as he could. He wishes he'd encountered that epiphany before things devolved into anarchy. He knows that despite a lack of any underlying malevolence, or any preconceived plan to alter the election, or even to *fight like hell*, his decisions crossed a line, and he accepts responsibility for this.

Secondly, he feels sadness at the manner that day is now perceived. He came to DC with the honorable intent of observing and hearing the support for the outgoing president. Throughout the Capitol building area, events span out of control. The nature of the violence the nation witnessed has cast a pall over anyone who attended that day, and that is something he will take a very long time to get over; if at all. He believes the events of that day will now haunt even the ex-president, and that is certainly contradictory to the reason anyone travelled to DC.  He has been approached on several occasions by media to provide his side of events, but has declined to do so. Quite simply his experiences on that day have left an indelible sour taste in his mouth and he wants to put it in the past and close the door as quickly as possible. He is very frightened or what could happen to him at sentencing but he wishes to make the Court aware that he knows he's here based on his own actions and takes responsibility.

**Sentencing Factors.**

18 U.S.C. §3553 provides:

**(a) Factors To Be Considered in Imposing a Sentence.**—The court shall impose a sentence sufficient, but not greater than necessary, to comply with the purposes set forth in paragraph (2) of this subsection. The court, in determining the particular sentence to be imposed, shall consider—
> **(1)** the nature and circumstances of the offense and the history and characteristics of the defendant;
> **(2)** the need for the sentence imposed—
>> **(A)** to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;
>> **(B)** to afford adequate deterrence to criminal conduct;
>> **(C)** to protect the public from further crimes of the defendant; and
>> **(D)** to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;

Addressing these factors individually we find the following. Nature and circumstances of the offense in these matters is a highly combustible issue, and we will return to it shortly. On history and characteristics of the defendant there is not much debate. Mr Horvath has extremely minor criminal history: A conviction for Use of Private Land Without Consent in 2015. His background displays an individual who, aside from this anomaly, has led a law-abiding existence prior to the events which bring him here. Notable here is Mr Horvath's path to this Court. Unlike the vast majority of defendants involved in these matters, Ian Horvath did not wait to be arrested, but rather turned himself in having seen his picture on an FBI most wanted website. There has never been any doubt that he fully accepts responsibility for his actions that day. Subsection (2)(A) discusses seriousness of the offense, respect for the law, and just punishment for the offense. We will return to this also when we discuss nature and circumstances of the offense. Subsection (B) contemplates adequate deterrence to criminal conduct. Ian Horvath has been emotionally shaken by his experiences in this matter, and the insight he has acquired has left him with the strongest of convictions that there is to be no repeat: This will be his last. He does not have the stomach to

PeterCooperLaw

engage in this kind of show of political support again. He has indicated his days of attending similar rallies are behind him. Incarceration is not necessary to make that point. Subsection (C) considers a similar idea as that in (B), in protecting the community from further criminal contact. Here we point out Ian Horvath is as far from being a career offender as is possible and, again, given his experiences in this matter, the public has nothing to fear from Ian Horvath in the future. With respect to Subsection (D), he does not have any drug or mental health issues, has stable employment and housing; quite simply he has no need of any of the services available to U.S. Probation. Which brings us back to sections (1) and (2)(A).

The nature and circumstances of the offense is a not a simple issue to unpack. On the one hand, the offenses Ian accepted responsibility for, in the universe of criminal conduct, are not especially egregious. However, taken into context with the much larger events of 6 January, the nature and circumstances question becomes much less clear. There is no question the events of that day have left a deep scar on the national psyche. Seditionary behavior has in some cases been charged. But we ask the Court to take note that Mr Horvath is one of a small group of people who despite having gone down the regrettable road of entering the Capitol realized the gravity of what was happening and once recognizing that, got out as quickly as possible. We ask the Court to recognize that even at what appeared to be the point of no return, this was a Rubicon he made every effort to recross. We ask the Court to view his actions against the backdrop of those with more sinister intentions as proof of his original harmless purpose and sentence him accordingly.

Addressing (2)(A), we have already discussed Mr Horvath's view of the rioters' actions being contrary to the best interests of the country, but he also views those acts as not being true to one of his core values of respect towards law and order. We highlight to the Court that at no point has there been any suggestion that Mr Horvath belongs to any organization that encourages civil disobedience, advocates overthrow of the government, displays extremist right-wing views, or has

PeterCooperLaw

8

encouraged in any way of the violence on display on 6th January. In terms of any sense of danger to the community, there is simply non: it does not exist. The Court should have no concerns as to his views on the respect for law either today or for the future.

The final issue §3553 to be discussed is the last part of (2)(A): just punishment for the offense. At its heart, this is the very central issue for this Memorandum as a whole. Mr Horvath is a law-abiding citizen who placed himself in the wrong place at the wrong time. He came to DC to exercise his right to observe the concept of political support—of the free expression of First Amendment rights in the flesh—and quickly found himself in the middle of an escalating situation in which speech, free or not, was being dropped as a form of expression by a mob, spinning out of control and rage was taking over. He has been shattered at the fallout from that day. His life will never be the same again. This, in and of itself, is more than adequate punishment. In no way, shape or form should the Court be under the impression that a probationary sentence would be seen as getting away with anything. For the rest of his life Ian will forever be associated with the events of that day, and he takes this to heart. Given all discussed above, including the fact of his decision to disengage when he did, and to willingly turn himself over to law enforcement, we ask the Court to sentence in accordance with our proposal.

**Conclusion**

Taking all the above into account. We ask the Court to provide the following sentence. We submit a twelve-month probationary period to be fitting with community service. We believe the community would benefit far more from his service than his incarceration. We would ask the Court to make the probation supervised for the initial portion up to the completion of community service, and then to convert to unsupervised for the remainder of the probationary period. We believe this sentence to best satisfy the concerns of 18 U.S.C. §3553.

/s/ *Peter A. Cooper*
_____
Peter Cooper; 478-082
Counsel for Ian Horvath
400 5th Street NW.
Washington DC 20001